*Frederick Geller* and *Frederick Beltz, Jr.*, for respondents.

Judgment affirmed, with costs, on opinion of CLARKE, J., below.

Concur: CULLEN, Ch. J., GRAY, WERNER, COLLIN, CUDDEBACK and MILLER, JJ.   Absent: HISCOCK, J.

---

ANNA BROWN, Respondent, *v.* SUPREME TRIBE OF BEN HUR, Appellant.

*Brown* v. *Supreme Tribe of Ben Hur*, 147 App. Div. 918, affirmed.
(Argued March 11, 1913; decided March 25, 1913.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the fourth judicial department, entered November 24, 1911, affirming a judgment in favor of plaintiff entered upon a verdict in an action to recover upon a certificate of life insurance.

*Layton H. Vogel* and *Clinton B. Gibbs*, for appellant.

*Andrew P. Ronan* for respondent.

Judgment affirmed, with costs, no opinion.
Concur: CULLEN, Ch. J., GRAY, WERNER, COLLIN, CUDDEBACK and MILLER, JJ.   Absent: HISCOCK, J.